958 A.2d 1038

Paul HENDRIX, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.

No. 7 MAP 2008.

Supreme Court of Pennsylvania.

March 19, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of March, 2008, the above-captioned appeal is quashed.